IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, | ) ) CIVIL DIVISION ) |
| Plaintiff, | ) Civil Action No. 2:09-cv-1601 ) |
| vs. | ) Document No. _____ ) |
| EDWARD A. ESPOSITO, JR. and CYNTHIA L. BEAN, | ) Related to Document No. 2 ) ) |
| Defendants. | ) |

## PROOF OF SERVICE

I hereby certify that I am this __10th__ day of __December__, 2009, serving a copy of the Notice of Civil Action has been Designated for Placement into the United States District Court for the Western District of Pennsylvania's Alternative Dispute Resolution (ADR) program, upon the persons listed below by First Class U.S. Mail, postage prepaid addressed as follows:

Edward A. Esposito             Cynthia L. Bean
715 Lincoln Avenue             415 Santee Trail
Grove City, PA  16127          Mercer, PA  16137


                               */s/ Michael J. Stauber*
                               Beverly Weiss Manne (Pa. 34545)
                               Michael J. Stauber (Pa. 201022)
                               TUCKER ARENSBERG, P.C.
                               1500 One PPG Place
                               Pittsburgh, PA 15222
                               412-566-1212
                                Email: bmanne@tuckerlaw.com
                                       mstauber@tuckerlaw.com

                               *Counsel for Ford Motor Credit Company LLC*

BANK_FIN:368332-1 023625-143472